NUMBERS

13-05-635-CV

13-05-735-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________

 

EMMA NUNEZ, ET AL.,                                            Appellants,

 

                                           v.

 

NORTON
COMPANY, SAINT-GOBAIN ABRASIVES, 

INC.,
INDIVIDUALLY AND AS SUCCESSOR IN INTEREST 

TO
NORTON COMPANY AND NORTON PRODUCTS 

COMPANY
AND ALUMINUM COMPANY OF 

AMERICA
(ALCOA, INC.) INDIVIDUALLY AND/OR 

AS
SUCCESSOR BY MERGER AND/OR SUCCESSOR 

IN INTEREST TO REYNOLDS METALS COMPANY,         Appellees.

_________________________________________________________

 

                  On appeal from the 319th District Court

                           of Nueces
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 








              Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellants, EMMA NUNEZ, ET AL., perfected an appeal from a judgment entered by
the 319th District Court of Nueces County,
Texas, in cause number 01-05717-G.  After the notice of appeal was filed,
appellants filed motions to dismiss the appeal as to appellees, NORTON
COMPANY, SAINT-GOBAIN ABRASIVES, INC., INDIVIDUALLY AND AS SUCCESSOR IN
INTEREST TO NORTON COMPANY AND NORTON PRODUCTS COMPANY AND ALUMINUM COMPANY OF
AMERICA (ALCOA, INC.) INDIVIDUALLY AND/OR AS SUCCESSOR BY MERGER AND/OR
SUCCESSOR IN INTEREST TO REYNOLDS METALS COMPANY.  Appellants state that they no longer wish to
prosecute their appeal against appellees, NORTON COMPANY,
SAINT-GOBAIN ABRASIVES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO
NORTON COMPANY AND NORTON PRODUCTS COMPANY AND ALUMINUM COMPANY OF AMERICA
(ALCOA, INC.) INDIVIDUALLY AND/OR AS SUCCESSOR BY MERGER AND/OR SUCCESSOR IN
INTEREST TO REYNOLDS METALS COMPANY. 
Appellants= appeal against
appellees, NORTON COMPANY, SAINT-GOBAIN ABRASIVES, INC.,
INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTON COMPANY AND NORTON PRODUCTS
COMPANY AND ALUMINUM COMPANY OF AMERICA (ALCOA, INC.) INDIVIDUALLY AND/OR AS
SUCCESSOR BY MERGER AND/OR SUCCESSOR IN INTEREST TO REYNOLDS METALS COMPANY,
is severed from the original appeal and is docketed under cause number
13-05-735-CV.








Having considered
appellants= motions to dismiss
the appeal and the documents on file, this Court is of the opinion that the
motions should be granted.  The motions
to dismiss appellants= appeal against
appellees, NORTON COMPANY, SAINT-GOBAIN ABRASIVES, INC.,
INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTON COMPANY AND NORTON PRODUCTS
COMPANY AND ALUMINUM COMPANY OF AMERICA (ALCOA, INC.) INDIVIDUALLY AND/OR AS
SUCCESSOR BY MERGER AND/OR SUCCESSOR IN INTEREST TO REYNOLDS METALS COMPANY,
are hereby granted.  The appeal against
appellees, NORTON COMPANY, SAINT-GOBAIN ABRASIVES, INC.,
INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTON COMPANY AND NORTON PRODUCTS
COMPANY AND ALUMINUM COMPANY OF AMERICA (ALCOA, INC.) INDIVIDUALLY AND/OR AS
SUCCESSOR BY MERGER AND/OR SUCCESSOR IN INTEREST TO REYNOLDS METALS COMPANY,
in cause number 13-05-735-CV is ordered DISMISSED.  The remaining issues in the appeal will
remain docketed under cause number 13-05-635-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 8th day of December, 2005.